UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division
Civil Docket No. 5:99CV16-V

FILED
STATESVILLE, N.C.

SEP 5 2006

U.S. DISTRICT COURT
W. DIST. OF NC

| | |
|---|---|
| DEEP ROOT ORGANIC CO-OP, INC., )<br>)<br>Plaintiff )<br>vs. )<br>)<br>CORGANICS, INC., et al )<br>)<br>Defendants. )<br>) | ADMINISTRATIVE ORDER |

## MOTION

On February 25, 1999, plaintiff posted bond in the amount of $100 in the above-captioned case. It appears that parties stipulated to dismissal on February 13, 2002. As no motion has been made by counsel for the return of the bond in this action, the Clerk requests that the court allow these funds to be returned to counsel for the plaintiff, William A. Blancato, at MCCALL DOUGHTON BLANCATO AND HART, PLCC, 633 West Fourth Street, Suite 150, Winston-Salem, NC 27101.

FRANK G. JOHNS
_____
Frank G. Johns, Clerk of Court

## ORDER

**SO ORDERED**, this the 31st day of August, 2006.

_____
RICHARD L. VOORHEES
UNITED STATES DISTRICT JUDGE